IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BOBBY DUANE COBB                                                                                    PLAINTIFF

v.                                          Case No. 4:21-cv-4064

KIM COBB                                                                                                  DEFENDANT

## ORDER

Before the Court is a Report and Recommendation issued on October 12, 2021, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 10.  Judge Bryant recommends that Plaintiff's case be dismissed without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failing to state any claim upon which relief may be granted.

Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Upon review, the Court adopts the Report and Recommendation (ECF No. 10) *in toto*.  Accordingly, Plaintiff's case is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 30th day of November, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge